IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF KYM S.
CUSHING, BAR NO. 4242.

No. 84959



FILED

AUG 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER OF REINSTATEMENT

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's unanimous recommendation to reinstate suspended attorney Kym S. Cushing. As no briefs have been filed, this matter stands submitted for decision. SCR 116(2).

This court suspended Cushing from the practice of law for nine months based on violations of RPC 3.4(c) (fairness to opposing party or counsel: knowingly disobeying an obligation under the rules of a tribunal), RPC 8.1(1) (bar disciplinary matters: knowingly making a false statement of material fact), and RPC 8.4(c) (misconduct: engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation). *In re Discipline of Cushing*, No. 78367, 2020 WL 521905 (Jan. 31, 2020) (Order of Suspension). Cushing has completed the suspension and complied with the disciplinary order's conditions.

Based on our de novo review, we agree with the panel's conclusion that Cushing has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2) (providing that an attorney seeking reinstatement must demonstrate compliance with certain criteria "by clear and convincing evidence"); *Application of Wright*, 75 Nev.

111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a petition for reinstatement de novo). Accordingly, we hereby reinstate Kym S. Cushing to the practice of law in Nevada. Cushing shall pay the costs of the reinstatement proceeding, including $2,500 under SCR 120, within 90 days of the date of this order, if he has not done so already.

It is so ORDERED.



_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Stiglich

_____, J.          _____, J.
Cadish                                Silver

_____, J.          _____, J.
Pickering                             Herndon

cc:    Kym S. Cushing
       Chair, Southern Nevada Disciplinary Board
       Bar Counsel, State Bar of Nevada
       Executive Director, State Bar of Nevada
       Admissions Office, U.S. Supreme Court